IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| RONALD A. DRECHSEL and | ) Case No. 17 B 07350 |
| KATHRYN A. DRECHSEL | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in
bankruptcy, pursuant to Local Rule 2002-2, on September 7, 2017
either mailed a copy of the Notice of Final Report (NFR) to
the following or served through the court's Electronic Filing
System:

Thomas W. Toolis, attorney for debtor
twt@jtlawllc.com
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Ronald A. Drechsel
Kathryn A. Drechsel
4901 Lorin Lane .
Oak Forest, IL 60452

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Financial Pacific Leasing, Inc.
3455 S 344th Way - Suite 300
Federal Way, WA 98001

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

                                          /s/ Allan J. DeMars
                                        Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603