# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RONALD A. DRECHSEL and KATHRYN A. DRECHSEL § § § § Case No. 17-07350
Hon. TIMOTHY A. BARNES
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Allan J. DeMars, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $211,498.75 | Assets Exempt: | $46,399.02 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,401.26 | Claims Discharged Without Payment: | $352,400.82 |
| Total Expenses of Administration: | $3,273.74 | | |

3) Total gross receipts of $11,675.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,675.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $210,262.75 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,273.74 | $3,273.74 | $3,273.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $143,657.84 | $61,232.51 | $47,138.70 | $8,401.26 |
| **TOTAL DISBURSEMENTS** | $353,920.59 | $64,506.25 | $50,412.44 | $11,675.00 |

4) This case was originally filed under chapter  7  on 03/09/2017 .
The case was pending for     8    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2017                         By: /s/ Allan J. DeMars
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds of BMO Harris checking account | 1129-000 | $10,000.00 |
| repayment of insider preference | 1241-000 | $1,675.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $11,675.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 SCHEDULED WITH NO CLALIM FILED | | $210,262.75 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $210,262.75 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $95.52 | $95.52 | $95.52 |
| Allan J. DeMars | 2100-000 | N/A | $1,917.50 | $1,917.50 | $1,917.50 |
| Allan J. DeMars | 2200-000 | N/A | $25.72 | $25.72 | $25.72 |
| Allan J. DeMars | 3110-000 | N/A | $1,235.00 | $1,235.00 | $1,235.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,273.74 | $3,273.74 | $3,273.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC agent for Second Round | 7100-000 | $1,958.00 | $2,231.57 | $2,231.57 | $397.72 |
| 2 | Quantum3 Group LLC agent for Second Round | 7100-000 | $2,423.00 | $3,679.92 | $3,679.92 | $655.85 |
| 3 | Kustom Printing | 7100-000 | $262.60 | $262.60 | $0.00 | $0.00 |
| 4 | Carlson Craft | 7100-000 | $101.69 | $107.87 | $0.00 | $0.00 |
| 5 | Wisco Envelope | 7100-000 | $440.36 | $440.36 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Luis I Salazar - claim filed in wrong casse | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PYOD, LLC assignee of Citibank | 7100-000 | $1,487.00 | $1,961.86 | $1,961.86 | $349.65 |
| 8 | Financial Pacific Leasing | 7100-000 | $1,049.79 | $3,630.58 | $3,630.58 | $647.06 |
| 9 | Lindenmeyr Munroe | 7100-000 | $16,089.58 | $13,282.98 | $0.00 | $0.00 |
| 10 | Bureaus Investment Group Portfolio No. 15 LLC | 7100-900 | $1,801.00 | $2,268.01 | $2,268.01 | $404.21 |
| 11 | Capital One NA | 7100-900 | $2,490.00 | $3,079.71 | $3,079.71 | $548.88 |
| 12 | Midland Funding | 7100-000 | $6,024.00 | $6,846.09 | $6,846.09 | $1,220.14 |
| 13 | Midland Funding | 7100-000 | $3,244.00 | $3,214.10 | $3,214.10 | $572.83 |
| 14 | Citibank NA | 7100-900 | $6,840.00 | $7,839.36 | $7,839.36 | $1,397.16 |
| 15 | Synchrony Bank | 7100-000 | $4,726.00 | $5,873.95 | $5,873.95 | $1,046.88 |
| 16 | Synchrony Bank | 7100-000 | $557.00 | $803.14 | $803.14 | $143.14 |
| 17 | Portfolio Recovery Assoc | 7100-900 | $1,873.00 | $1,873.12 | $1,873.12 | $333.84 |
| 18 | Portfolio Recovery Assoc | 7100-900 | $252.00 | $511.06 | $511.06 | $91.08 |
| 19 | Portfolio Recovery Assoc | 7100-900 | $2,732.00 | $3,326.23 | $3,326.23 | $592.82 |
| | 59 SCHEDULED WITH NO CLAIM FILED | | $89,306.82 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $143,657.84 | $61,232.51 | $47,138.70 | $8,401.26 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 17-07350  
Case Name: RONALD A. and KATHRYN A. DRECHSEL  
For Period Ending: 3/31/18  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 3/9/17 (F)  
§341(a) Meeting Date: 4/17/17  
Claims Bar Date: 7/19/17; govt 9/5/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence at 4901 Lorin Oak Forest, IL | 225,000.00 | 0.00 | | | FA |
| 2 | 2016 Jeep Compass | 15,000.00 | 0.00 | | | FA |
| 3 | 2009 Dodge Journey | 5,400.00 | 0.00 | | | FA |
| 4 | misc furniture | 750.00 | 0.00 | | | FA |
| 5 | misc electronics | 150.00 | 0.00 | | | FA |
| 6 | sports equipment | 200.00 | 0.00 | | | FA |
| 7 | clothes | 500.00 | 0.00 | | | FA |
| 8 | wedding rings | 600.00 | 0.00 | | | FA |
| 9 | cash | 0.00 | 0.00 | | | FA |
| 10 | Chase checking 0530 | 65.00 | 0.00 | | | FA |
| 11 | First Midwest chk 5501 | 320.00 | 0.00 | | | FA |
| 12 | Iliana Financial savings/check 6852 | 20.00 | 0.00 | | | FA |
| 13 | BMO Harris chk 3468 | 9,850.76 | 10,000.00 | | 10,000.00 | FA |
| 14 | Impression Printing | 1,000.00 | 0.00 | | | FA |
| 15 | IRA Waddell & Reed | 2,343.00 | 0.00 | | | FA |
| 16 | IRA Waddell & Reed | 5,108.00 | 0.00 | | | FA |
| 17 | IRA Edward Jones | 903.77 | 0.00 | | | FA |
| 18 | IRA Edward Jones | 538.90 | 0.00 | | | FA |
| 19 | Anticipated tax refund | 0.00 | 0.00 | | | FA |
| 20 | preference to daughter(u) | 1,675.00 | 1,675.00 | | 1,675.00 | |

TOTALS (Excluding unknown values)   11,675.00   11,675.00

(Total Dollar Amount in Column 6)

Major activities: turn over of account balance and repayment of preference

**EXHIBIT "9"     FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.:          17-07350  
Case Name:         RONALD A. and KATHRYN A. DRECHSEL  
Taxpayer ID#:      xx -xxx3608  
For Period Ending: 3/31/18

Trustee's Name:    Allan J. DeMars  
Bank Name:         Associated Bank  
Initial CD #:      CDI  
Blanket bond (per case limit):  5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx2967

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 4/5/17 | ref 13 | from debtors | proceeds of BMO Harris checking acct 3468 | 1129-000 | 9,800.00 | | 9,800.00 |
| 4/7/17 | ref 13 | from debtors | proceeds of BMO Harris checking acct 3468 | 1129-000 | 200.00 | | 10,000.00 |
| 4/11/17 | | Associated Bank/DeLuxe | check printing charge | 2600-000 | | 50.52 | 9,949.48 |
| 4/25/17 | ref 20 | from debtors | repayment of preference to daughter | 1241-000 | 1,675.00 | | 11,624.48 |
| 5/12/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 11,609.48 |
| 6/14/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 11,594.48 |
| 7/17/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 11,579.48 |
| 10/11/17 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,917.50 | 9,661.98 |
| 10/11/17 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 25.72 | 9,636.26 |
| 10/11/17 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,235.00 | 8,401.26 |
| 10/11/17 | Check 1004 | Quantum3 Group LLC agent for Second Round | 726(a)(2); 17.82242% | 7100-000 | | 397.72 | 8,003.54 |
| 10/11/17 | Check 1005 | Quantum3 Group LLC agent for Second Round | 726(a)(2); 17.82242% | 7100-000 | | 655.85 | 7,347.68 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/11/17 | Check 1006 | PYOD, LLC assignee of Citibank | 726(a)(2); 17.82242% | 7100-000 | | 349.65 | 6,998.04 |
| 10/11/17 | Check 1007 | Financial Pacific Leasing | 726(a)(2); 17.82242% | 7100-000 | | 647.06 | 6,350.98 |
| 10/11/17 | Check 1008 | Bureaus Investement Group Portfolio No. 15, LLC | 726(a)(2); 17.82242% | 7100-900 | | 404.21 | 5,946.77 |
| 10/11/17 | Check 1009 | Capital One NA | 726(a)(2); 17.82242% | 7100-900 | | 548.88 | 5,397.89 |
| 10/11/17 | Check 1010 | Midland Funding LLC | 726(a)(2); 17.82242% | 7100-000 | | 1,220.14 | 4,177.75 |
| 10/11/17 | Check 1011 | Midland Funding LLC | 726(a)(2); 17.82242% | 7100-000 | | 572.83 | 3,604.92 |
| 10/11/17 | Check 1012 | Citibank NA | 726(a)(2); 17.82242% | 7100-900 | | 1,397.16 | 2,207.76 |
| 10/11/17 | Check 1013 | Synchrony Bank | 726(a)(2); 17.82242% | 7100-000 | | 1,046.88 | 1,160.88 |
| 10/11/17 | Check 1014 | Synchrony Bank | 726(a)(2); 17.82242% | 7100-000 | | 143.14 | 1,017.74 |
| 10/11/17 | Check 1015 | Portfolio Recovery Assoc. LLC | 726(a)(2); 17.82242% | 7100-900 | | 333.84 | 683.90 |
| 10/11/17 | Check 1016 | Portfolio Recovery Assoc. LLC | 726(a)(2); 17.82242% | 7100-900 | | 91.08 | 592.82 |
| 10/11/17 | Check 1017 | Portfolio Recovery Assoc. LLC | 726(a)(2); 17.82242% | 7100-900 | | 592.82 | 0.00 |
| | | | | COLUMN TOTALS | 11,675.00 | 11,675.00 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 11,675.00 | 11,675.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking# XXXXXX2967 | 11,675.00 | 11,675.00 | 0.00 |
| Money Market # |  |  |  |
| Savings # |  |  |  |
| CD #CDI | 11,675.00 | 11,675.00 | 0.00 |
| Net |  |  |  |
|  | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |